IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLAN C. GONZALEZ, DC # 839942,
a/k/a/ ORLANDO GONZALEZ, JR.,
    Plaintiff,

vs.                                             Case No.:  3:05cv337/RV/EMT

COLONEL J. LONG, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 23, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

3.  Plaintiff's motion for temporary relief (Doc. 4) is **DENIED** as moot.

**DONE AND ORDERED** this 4th day of October, 2005.

                                                   /s/ _Roger Vinson_
                                                   **ROGER VINSON**
                                                   **UNITED STATES SENIOR JUDGE**