IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLAN C. GONZALEZ, DC # 839942,
a/k/a/ ORLANDO GONZALEZ, JR.,
    Plaintiff,

vs.                                         Case No.:  3:05cv337/RV/EMT

COLONEL J. LONG, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon Plaintiff's "Emergency Express Request for TRO Against Some Staff Members at Santa Rosa Correct. Inst. [sic]" (Doc. 6).  This matter was referred to the undersigned by the district court.

       Plaintiff, an inmate of the Florida penal system proceeding pro se, initiated this 42 U.S.C. § 1983 action by filing a complaint on August 31, 2005 (Doc. 1).  Plaintiff also filed for leave to proceed in forma pauperis (Doc. 2).  Additionally, he filed a motion for temporary relief seeking an order restraining Defendants and two additional correctional officers from coming within fifty feet of him for a period of thirty days (Doc. 4).  On September 23, 2005, the undersigned issued a Report and Recommendation recommending denial of Plaintiff's motion to proceed in forma pauperis and dismissal of this action pursuant to 28 U.S.C. § 1915(g), because Plaintiff had on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, and Plaintiff failed to show he was under imminent danger of serious physical injury (*see* Doc. 5).  The undersigned also recommended that Plaintiff's motion for temporary relief be denied as moot, in light of the recommendation of dismissal of the case (*id.*).  On September 28, 2005, Plaintiff filed the instant motion for temporary relief (Doc. 6), as well as objections to the Report and Recommendation (Doc. 7).  The District Court judge adopted the Report and Recommendation on October 4, 2005 (Doc. 8).  Plaintiff's case was therefore dismissed without prejudice, and his first motion for temporary relief was denied as moot (*see* Docs. 8, 9).

       The instant motion is duplicative of Plaintiff's earlier motion requesting the same temporary injunctive relief (*see* Docs. 4, 6).  Additionally, in the instant motion, Plaintiff alleges no further facts to support his contention that he is under a present danger of serious physical injury.

Accordingly, for the same reasons outlined in the previous Report and Recommendation, Plaintiff's request for temporary injunctive relief should be denied.

It is, therefore, respectfully **RECOMMENDED**:

That Plaintiff's "Emergency Express Request for TRO Against Some Staff Members at Santa Rosa Correct. Inst. [sic]" (Doc. 6) be **DENIED**.

At Pensacola, Florida, this 7th day of October 2005.


>  /s/ Elizabeth M. Timothy
>  **ELIZABETH M. TIMOTHY**
>  **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**