IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLAN C. GONZALEZ, DC # 839942,
a/k/a/ ORLANDO GONZALEZ, JR.,
     Plaintiff,

vs.                                Case No.:  3:05cv337/RV/EMT

COLONEL J. LONG, et al.,
     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 7, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's "Emergency Express Request for TRO Against Some Staff Members at Santa Rosa Correct. Inst. [sic]" (Doc. 6) is **DENIED**.

**DONE AND ORDERED** this 25th day of October, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**UNITED STATES SENIOR JUDGE**